The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY J. BOWMAN,<br>    Plaintiff,<br>v.<br>KRISTI NOEM, Secretary, U.S. Dept. of Homeland Security,<br>    Defendant. | Case No. 2:24-cv-01466-KKE<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

This matter comes before the Court on the parties' stipulated motion to extend time for Defendant to file its reply. Dkt. No. 8. The Court finds good cause to grant the stipulated motion. Accordingly, Defendant's deadline to file a reply in support of its motion to dismiss (Dkt. No. 6) is now February 27, 2025.

The clerk is instructed to re-note the motion to dismiss (Dkt. No. 6) accordingly.

DATED this 24th day of February, 2025.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge